IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUCHELL CINQUE MAGEE,

    Plaintiff,                      CV F 03 6764 REC  WMW  P

  vs.                                     ORDER

D. BRAVO, et al.,

    Defendants.

_____/

       Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

       On March 25, 2005, the first amended complaint was dismissed for failure to state a claim upon which relief could be granted. Plaintiff was granted leave to file a second amended complaint. On April 5, 2005, plaintiff filed objections to the March 25th order. The District Court, construing the objections as a motion for reconsideration by the District Court of the March 25th order, denied the motion.

       Because there is no operative pleading which states a claim for relief, this action should be dismissed. The court will grant plaintiff a thirty day extension of time in which to file a second amended complaint. Plaintiff's failure to do so will result in a recommendation that this action be dismissed.

1

1  Therefore, plaintiff is granted an extension of time of thirty days from the date of
2  service of this order in which to file a second amended complaint.

6  IT IS SO ORDERED.

7  **Dated:   May 23, 2005**                    **/s/  William M. Wunderlich**
   mmkd34                                       UNITED STATES MAGISTRATE JUDGE

2