IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUCHELL CINQUE MAGEE, | | |
| | Plaintiff, | CV F 03 6764 REC WMW   P |
| vs. | | <u>ORDER RE MOTION (DOC 6 )</u> |
| D. BRAVO, et al., | | |
| | Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the court is plaintiff's motion for a preliminary injunction filed on March 1, 2004.   Plaintiff's motion is a three page statement of grievances and a request for access to the law library at CSP Corcoran.  Plaintiff's motion fails to comply with the minimal requirements of Local Rule 65-231.   Accordingly, plaintiff's motion for a preliminary injunction is stricken as procedurally defective.

IT IS SO ORDERED.

**Dated:   August 17, 2005**          /s/  William M. Wunderlich
mmkd34                                   UNITED STATES MAGISTRATE JUDGE

1