IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUCHELL CINQUE MAGEE,

    Plaintiff,       CV F 03 6764 REC WMW   P

  vs.       <u>ORDER RE MOTION (DOC20)</u>

D. BRAVO, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the court is plaintiff's motion requesting the court to direct service of process upon defendants.   Because there is no operative pleading on which this action proceeds, the court can not direct service of process.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for service of process is denied.

IT IS SO ORDERED.

**Dated:  August 17, 2005**        **/s/  William M. Wunderlich**
mmkd34      UNITED STATES MAGISTRATE JUDGE

1