IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUCHELL CINQUE MAGEE,

    Plaintiff,                       CV F 03 6764 REC WMW   P

  vs.                                     <u>ORDER</u>

D. BRAVO, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 25, 2005, the first amended complaint was dismissed for failure to state a claim. Plaintiff was granted leave to file a second amended complaint. Plaintiff failed to do so, and the court recommended dismissal of this action for failure to state a claim upon which relief could be granted. Plaintiff filed objections to the findings and recommendations.

        In his objections, plaintiff disagrees with the findings of the Magistrate Judge. Should plaintiff desire to allege additional facts, he should do so by way of a second amended complaint. The court will provide plaintiff with another opportunity to file a second amended complaint that cures the defects noted in the March 25, 2005, order.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The July 5, 2005, findings and recommendations are vacated.

2. Plaintiff is granted leave to file a second amended complaint. The second amended complaint is due filed within thirty days of the date of service of this order.

IT IS SO ORDERED.

**Dated:    August 17, 2005**              **/s/ William M. Wunderlich**
mmkd34                                     UNITED STATES MAGISTRATE JUDGE