IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUCHELL CINQUE MAGEE,

    Plaintiff,                             CV F 03 6764 REC   WMW   P

  vs.                                      <u>ORDER RE MOTION (DOC 21 )</u>

D. BRAVO, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court is plaintiff's request for injunctive relief.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for injunctive relief.   Plaintiff indicates that his motion is "based upon the verified complaint therein."   Subsequently, an order was entered, dismissing the operative pleading for failure to state a claim and granting plaintiff leave to amend the complaint.

       Further, plaintiff's motion fails to comply with the requirements of Local Rule 65-231.   Accordingly, IT IS HEREBY ORDERED that the motion for injunctive relief is stricken as procedurally defective.

IT IS SO ORDERED.

**Dated:    September 21, 2005**          **/s/  William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE