IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUCHELL CINQUE MAGEE,

    Plaintiff,　　　　　　　　　　CV F 03 6764 REC WMW   P

  vs.　　　　　　　　　　　　　　　ORDER RE OBJECTIONS (DOC 33 )

D. BRAVO, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se. Pending before the court is plaintiff's objection to the participation in this case by a U.S. Magistrate Judge. Plaintiff's objection consists of a single statement that, pursuant to 28 U.S.C. § 636, he objects to participation in this case by any U.S. Magistrate Judge. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). There is no authority for the proposition that such a referral can be revoked on plaintiff's motion. To the extent that plaintiff's objection is a request to revoke the referral of this case to a U.S. Magistrate Judge, plaintiff's request is denied.

IT IS SO ORDERED.

**Dated:  March 23, 2006**　　　　　　　　　　**/s/ Robert E. Coyle**
668554　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE