IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUCHELL CINQUE MAGEE,

    Plaintiff,                            CV F 03 6764 AWI WMW   P

   vs.                                    FINDINGS AND RECOMMENDATION

D. BRAVO, et al.,

    Defendants.

       On March 25, 2005, an order was entered, dismissing the operative pleading in this case, and granting plaintiff leave to amend. On April 5, 2005, plaintiff filed objections to the order. On April 28, 2005, an order was entered by the District Judge, construing the objections as a motion for consideration and denying reconsideration on the ground that the March 25 th order is not a final order.

       On May 23, 1005, the Magistrate Judge granted plaintiff an extension of time in which to file a second amended complaint. Plaintiff failed to do so, and on July 5, 2005, findings and recommendations were entered, recommending dismissal for failure to state a claim. On July 19, 2005, plaintiff filed a motion for summary judgment and objections to the findings and recommendations. August 17, 2005, an order was entered by the Magistrate Judge, vacating the findings and recommendations and granting plaintiff an extension of time in which to file a second amended complaint. On August 18, 2005, plaintiff filed a motion for a preliminary

1  injunction. On August 22, 2005, plaintiff filed a document titled as an objection to the
2  participation in this case by a U.S. Magistrate Judge.   On March 24, 2006, the District Court
3  entered an order addressing the objections and denying the motion for a preliminary injunction.
4  The court also denied the motion for summary judgment.
5       To date, plaintiff has failed to file a second amended complaint.   The complaint on
6  which this action proceeds fails to state a claim upon which relief could be granted.   Because the
7  operative complaint in this action fails to state a claim for relief, this action should therefore be
8  dismissed.
9       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for failure
10 to state a claim upon which relief could be granted.
11      These findings and recommendations are submitted to the United States District Judge
12 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within thirty
13 days after being served with these findings and recommendations, plaintiff may file written
14 objections with the court.  Such a document should be captioned "Objections to Magistrate
15 Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections
16 within the specified time may waive the right to appeal the District Court's order.  Martinez v.
17 Ylst, 951 F.2d 1153 (9th Cir. 1991).

21 IT IS SO ORDERED.

22 **Dated:   June 20, 2006**               /s/  William M. Wunderlich
   mmkd34                     UNITED STATES MAGISTRATE JUDGE