IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUCHELL MAGEE,

       Plaintiff,            CV F 06 0291 AWI WMW PC

   vs.                          ORDER RE MOTIONS  (DOCS 68, 70, 71, 73)

D. BRAVO, et al.,

       Defendants.

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C § 1983.  Pending before the court are Plaintiff's post-judgment motions filed on March 20, 2008, April 7, 2008, andApril 16, 2008.

     Judgment was entered on July 23, 2007, pursuant to an order entered on the same date, adopting the findings and recommendations of the Magistrate Judge, dismissing this action for failure to state a claim upon which relief could be granted.   On July 30, 2007, Plaintiff filed a motion to vacate the order adopting the findings and recommendations.  On August 21, 2007, Plaintiff filed a notice of appeal of the July 23, 2007, order adopting the findings and recommendations.  On November 21, 2007, the court received for filing an order from the U.S. Court of Appeals for the Ninth Circuit.  That order indicated that Plaintiff's appeal lacked merit. On March 28, 2007, an order was entered, denying Plaintiff's motion to vacate the dismissal

order.

On March 17, 2008, Plaintiff filed a motion titled as a Motion for Judgment. Plaintiff repeats earlier disagreements he had with the findings and recommendations of the Magistrate Judge. Plaintiff goes on level fanciful allegations of a slave operation, and makes numerous arguments and allegations unrelated to this case.

On March 20, 2008, Plaintiff filed a motion titled as a Motion to Reopen Case. This motion repeats many of the arguments set forth in the March 17, 2008, motion, and includes many of the same disrespectful comments toward judges.

On April 7, 2008, Plaintiff filed a motion to stay. This motion follows the same line of argument as the two motions referred to above. Further, this action is closed. Any request for a stay is moot. On the same date, Plaintiff filed an application to proceed in forma pauperis. Plaintiff has been granted leave to proceed in forma pauperis in this case. In the November 19, 2007, order dismissing Plaintiff's appeal, the Ninth Circuit ruled that "no motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket." An request to proceed in forma pauperis before this court is moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Judgment, Motion to Reopen Case, Motion to Stay, and Motion to Proceed In Forma Pauperis are denied.

IT IS SO ORDERED.

**Dated:   April 28, 2008**               /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

2