IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUCHELL MAGEE,

       Plaintiff,          1: 03 CV 6764 LJO  WMW PC

  vs.                       FINDINGS AND RECOMMENDATION RE
                            MOTION (DOC 80)

D. BRAVO, et al.,

       Defendants.

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is Plaintiff's motion for emergency injunctive relief.

      Plaintiff seeks an order preventing CDCR officials from transferring him to any facility that does not have proper medical facilities.  Plaintiff also refers to a dungeon cell.  This action has been closed.  Plaintiff's motion for reconsideration was denied, and both of Plaintiff's appeals were dismissed.  No other pleadings may therefore be entertained in this action.

      A federal court is a court of limited jurisdiction.  Because of this limited jurisdiction, as a threshold and preliminary matter the court must have before it for consideration a "case" or "controversy."  <u>Flast v. Cohen</u>, 392 U.S. 83, 88 (1968).  If the court does not have a "case" or "controversy" before it, it has no power to hear the matter in question.  <u>Rivera v. Freeman</u>, 469 F.2d 1159, 1162-63 (9th Cir. 1972).  There is no longer an active case pending before the court.

1	Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for a temporary
2	restraining order be denied.
3	These findings and recommendations are submitted to the United States District Judge
4	assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within
5	twenty days after being served with these findings and recommendations, plaintiff may file
6	written objections with the court.  Such a document should be captioned "Objections to
7	Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
8	objections within the specified time waives all objections to the judge's findings of fact.  See
9	Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the
10	specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
11	F.2d 1153 (9th Cir. 1991).

13	IT IS SO ORDERED.
14	**Dated:   September 3, 2008**              /s/  **William M. Wunderlich**
	                                             UNITED STATES MAGISTRATE JUDGE

2